NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID E. TIPPETT,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5099

---

Appeal from the United States Court of Federal Claims in 07-CV-624, Judge Lynn J. Bush.

---

## ON MOTION

---

## ORDER

David E. Tippett moves to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

SEP 2 3 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  David E. Tippett
     Douglas K. Mickle, Esq.

s21

Issued As A Mandate:  SEP 2 3 2011
_____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 3 2011

JAN HORBALY
CLERK